# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160171

TOWNSHIP OF GRAYLING,
   Plaintiff/Third-Party
   Defendant-Appellee,

v

ALAN BERRY and LOUIS SCARPINO,
   Defendants,
and

JOHN GUTKOWSKI, JAMES BOKHART,
ROBERT BUCHHOLZ, NANCY CHARTIER,
and DOUGLAS ELSWORTH,
   Defendants/Third-Party
   Plaintiffs-Appellants,
and

CAROL BUCHHOLZ, DANIEL BUJALSKI,
RENEE BUJALSKI, BETTY BOKHART,
KATHERINE CHESNEY, MICHELE
GUTKOWSKI, DON HOLLIS, MATT LATUSEK,
KATIE LATUSEK, KAREN MARTELLA,
MICHAEL SAHR, SALLY SAHR, TIM
SCARPINO, CHRISTINA SCARPINO, CONNIE
STEVENS, MICHAEL STEVENS, JUDY
MERMEESCH, PAUL WAGNER, JOANNE
WAGNER, DAN WHITNEY, SHERRY
WHITNEY, and MARJORIE WHITNEY,
   Third-Party Plaintiffs-Appellants,
and

DIRECTOR OF THE DEPARTMENT OF
ENERGY, LABOR & ECONOMIC GROWTH,
CHAIRPERSON OF THE BOARD OF CRAWFORD
COUNTY ROAD COMMISSION, CRAWFORD
COUNTY DRAIN COMMISSIONER, DIRECTOR
OF THE DEPARTMENT OF TRANSPORTATION,
DIRECTOR OF THE DEPARTMENT OF

SC: 160171
COA: 344297
Crawford CC: 15-009657-CH

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

NATURAL RESOURCES, GREAT LAKES
ENERGY, MICHAEL MITCHELL, and JILL
MITCHELL,
        Third-Party Defendants-Appellees,
and

FRONTIER COMMUNICATIONS, CHARTER
COMMUNICATIONS, MICHAEL BUSHRE,
KELLY BUSHRE, RAYMOND CONFER,
WENDY CONFER, DAVID CONSTANTINE,
DEANNA CONSTANTINE, MICHAEL KOLKA,
HARRY & LUELLA KOLKA TRUST, CHARLES
THIEL, and MONIQUE THIEL,
        Third-Party Defendants.

_____/

On order of the Court, the application for leave to appeal the July 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



                         Clerk

a0622